UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| PETRA, INC., and Idaho corporation,<br><br>       Plaintiff,<br><br>v.<br><br>BEI CONSTRUCTION, LLC, an Indiana limited liability company; SELECTIVE INSURANCE COMPANY OF AMERICA, a New Jersey corporation; FRANKENMUTH AGENCY, INC. d/b/a FRANKENMUTH INSURANCE COMPANY, a Michigan corporation; and BEI FRAMING, LLC, a Michigan limited liability company,<br><br>       Defendants. | Case No.: 1:24-cv-00097-DCN<br><br>**ORDER OF DISMISSAL** |

Pursuant to the Parties' Stipulation of Dismissal (Dkt. 35),[1] and good cause appearing:

It is hereby ORDERED that all claims against Selective Insurance Company of America and all claims against Frankenmuth Agency, Inc. d/b/a Frankenmuth Insurance

---

[1] Because the Parties filed their stipulation pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), no order from the Court was necessary to effectuate the relief sought. The two parties at issue were terminated from the case effective March 18, 2025. This order is being provided as a curtesy at the request of a party.

ORDER OF DISMISSAL - 1

Company are dismissed with prejudice with each party to bear its fees and costs. The pending claims against the BEI defendants remain.

DATED: April 29, 2025

David C. Nye
Chief U.S. District Court Judge

ORDER OF DISMISSAL - 2